[No. 33541-3-I.  Division One.  October 30, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ANNE C. DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-00554-3, John M. Darrah, J., entered September 24, 1993. *Affirmed* by unpublished opinion per Becker, J., concurred in by Kennedy, A.C.J., and Webster, J.

[No. 17278-0-II.  Division Two.  November 20, 1995.]

ERNEST MAISCH, *Respondent*, v. PUGET SOUND VITAL, INC., ET AL., *Defendants, and* LAWANA (LONNIE) KEIGWIN, D/B/A/ SOUND PROPERTY BROKERS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 91-2-07462-9, Terry D. Sebring, J., entered June 8, 1993. *Reversed* and *remanded* by unpublished opinion per Fleisher, J., concurred in by Bridgewater and Wiggins, JJ.

[No. 34508-7-I.  Division One.  December 18, 1995.]

AMTRUCK FACTORS, ET AL., *Respondents*, v. INTERNATIONAL FOREST PRODUCTS, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 83-2-01436-9, Larry E. McKeeman, entered April 26, 1994. *Affirmed in part* and *reversed in part* by unpublished opinion per Ellington, J., concurred in by Coleman and Becker, JJ.

[No. 13699-0-III.  Division Three.  April 16, 1996.]

ALAN J. GAGNON, ET AL., *Respondents*, v. RICHARD LEE MORTON, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Ferry County, No. 92-2-00016-8, Larry M. Kristianson, J., entered November 16, 1993. *Reversed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis and Thompson, JJ.